SIXTH DISTRICT APPELLATE PROGRAM
Jonathan Grossman 154452
100 N. Winchester Blvd., Suite 310
Santa Clara, CA 95050
(408) 241-6171
Fax: (408) 241-2877
jonathan@sdap.org

Attorney for Petitioner
Mario Trujillo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**MARIO TRUJILLO,**
    Petitioner,

v.

**GREG LEWIS, Warden,**
    Respondent.

C 11-00522 ~~JW~~ YGR

**~~[PROPOSED]~~
ORDER GRANTING
MOTION TO EXPAND THE
RECORD**

GOOD CAUSE APPEARING:

Petitioner's request to expand the record with:

(1) Exhibit A to defendant's motion in limine (CT 494-498), attached as exhibit A to the motion, is  XX  granted  ___  ~~denied~~.

(2) The City of San Rafael's Motion to Quash the Subpoena Duces Tecum (CT 412-423) and the trial court's order quashing the subpoena (CT 531), attached as exhibit B to the motion, is  XX  granted  ___  ~~denied~~.

(3) Exhibits A through C to defendant's motion in limine (CT 480-493), attached as exhibit C to the motion, is  XX  granted  ___  ~~denied~~.

(4) The transcripts of the jailhouse telephonic telephone calls made by petitioner that were admitted at the first trial (CT 1036, 10137), attached as exhibit D to the motion, is  XX  granted  ___  ~~denied~~.

- 1 -

1  (5) The reporter's transcripts of the first trial in *People v. Trujillo* volumes 9 through 17 is ~~granted and respondent shall file with this court the record.~~  XX  denied.

See below.  This Order terminates Dkt. No. 74.

**IT IS SO ORDERED.**

Dated: May 20, 2013

*/s/ Yvonne Gonzalez Rogers*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

```
With regard to the last category, Petitioner has made an
insufficient showing of relevance to the issues before the
Court.  In light of the fact that the second trial (which is the
one at issue) had a different trial judge and a different jury
than the first, the relevance of the first trial is tenuous at
best.
```