UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TRUJILLO,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>GREG LEWIS, Warden,<br><br>　　　　Respondent. | Case No.: C-11-00522-YGR<br><br>**ORDER SETTING BRIEFING SCHEDULE BASED ON EXPANDED RECORD** |

On May 20, 2013, the Court issued an Order Granting Motion to Expand the Record. (Dkt. No. 77.)

In light of the expanded record, the Court will permit Respondent to file a supplemental or amended answer to the petition. The supplemental/amended answer shall be filed within twenty-eight (28) days of the date of this Order. If Respondent deems no supplementation is necessary, he shall file a statement so stating.

Within twenty-eight (28) days of Respondent's supplemental answer or statement that no supplementation is necessary, Petitioner may file a supplemental or amended traverse. If Petitioner deems no supplemental/amended traverse is necessary, he shall file a statement so stating.

The parties are reminded to send copies of all filings to chambers pursuant to the Court's Standing Order in Civil Cases.

**IT IS SO ORDERED.**

Dated: September 4, 2013

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**