United States District Court
Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                  NORTHERN DISTRICT OF CALIFORNIA
5
6    MARIO TRUJILLO,                          Case No.: C-11-00522-YGR
7              Petitioner,                    **ORDER SETTING BRIEFING SCHEDULE BASED
                                              ON EXPANDED RECORD**
8
9         vs.
10   GREG LEWIS, Warden,
11             Respondent.
12
13
14        On May 20, 2013, the Court issued an Order Granting Motion to Expand the Record.  (Dkt.
     No. 77.)
15
          In light of the expanded record, the Court will permit Respondent to file a supplemental or
16
     amended answer to the petition.  The supplemental/amended answer shall be filed within twenty-eight
17
     (28) days of the date of this Order.  If Respondent deems no supplementation is necessary, he shall
18
     file a statement so stating.
19
          Within twenty-eight (28) days of Respondent's supplemental answer or statement that no
20
     supplementation is necessary, Petitioner may file a supplemental or amended traverse.  If Petitioner
21
     deems no supplemental/amended traverse is necessary, he shall file a statement so stating.
22
          The parties are reminded to send copies of all filings to chambers pursuant to the Court's
23
     Standing Order in Civil Cases.
24
          **IT IS SO ORDERED.**
25
26   Dated: September 4, 2013                  _____
27                                             **YVONNE GONZALEZ ROGERS**
                                               **UNITED STATES DISTRICT COURT JUDGE**
28