UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TRUJILLO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GREG LEWIS, Warden,<br><br>　　　　Respondent. | Case No.: 11-CV-0522 YGR<br><br>**ORDER REQUESTING TRANSCRIPT** *OF IN CAMERA* **HEARING** |

　　　Now before the Court is a habeas corpus petition filed by Petitioner Mario Trujillo pursuant to 28 U.S.C. section 2254. (Dkt. No. 1.) Respondent Greg Lewis has filed an answer and a memorandum of points and authorities in support thereof, as well as exhibits (Dkt. Nos. 5, 6-37); Petitioner has filed a traverse (Dkt. No. 62).

　　　Relevant to Petitioner's habeas corpus petition is the trial court's decision pertaining to his third party suspect defense and his motion to disclose the identity of a confidential informant. After conducting an *in camera* hearing on June 11, 2007, the trial court denied Petitioner's request to disclose the identity of a confidential informant. The state appellate court affirmed the trial court's decision after reviewing the record, including the sealed transcript of the *in camera* hearing. The record certified to this Court does not include the sealed transcript.

Accordingly, Respondent is **ORDERED** to provide to the Court a copy of the transcript from the *in camera* proceedings. The transcript shall be provided no later than **September 12, 2014**. Due to the highly sensitive nature of the information contained in the transcript, Respondent need not file the document on the Court's docket; a copy of the receipt of service filed on the docket shall suffice.

**IT IS SO ORDERED.**

Date: August 26, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**