UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIO TRUJILLO, | No. C 11-0522 YGR |
| Petitioner, | **JUDGMENT** |
| v. | |
| GREG LEWIS, Warden, | |
| Respondent. / | |

The petition having been denied, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

DATED: September 29, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**